■ CITY OF BUFFALO, Appellant, v HAROLD S. GOLDMAN et al., Doing Business as GENERAL MEDICAL TOWERS, Respondents. (Appeal No. 2.)—Ap-

peal dismissed as moot in view of determination in *City of Buffalo v Goldman* (63 AD2d 828). (Appeal from order of Erie Supreme Court—costs in condemnation.) Present—Marsh, P. J., Moule, Cardamone, Dillon and Witmer, JJ.